

|   |   |   |
|---|---|---|
| 1 | | UNITED STATES DISTRICT COURT |
| 2 | | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | | SAN JOSE DIVISION |

| | | |
|---|---|---|
| 4 | UNITED STATES OF AMERICA, ) | No. CR 05-00384 JW |
| 5 | Plaintiff, ) | ORDER CONTINUING CASE AND |
| 6 | v. ) | EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| 7 | SERGIO TAROYA-MENDOZA, ) a/k/a Sergio Mendoza Tafoya, ) | |
| 8 | Defendant. ) | |

10  This matter came before the Court for a status hearing on Monday, June 27, 2005.
11  Counsel for the government and the defendant were present. Based on the hearing and at the
12  request of the parties, the Court finds pursuant to Title 18, United States Code, Section
13  3161(h)(1)(F) and 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that
14  the interests of justice in granting this continuance outweigh the defendant's and the public's
15  interests in a speedy trial inasmuch as the parties need additional time for investigation and
16  effective preparation, including preparing and responding to a pretrial motion, and obtaining a
17  hearing on and disposition of that motion.

18  IT IS HEREBY ORDERED that this case is continued to August 1, 2005 at 1:30 p.m. for
19  a possible motion hearing.

20  IT IS FURTHER ORDERED that the period of time from June 27, 2005 through and
21  including August 1, 2005 shall be excluded from the period of time within which trial
22  must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

24  DATED: 6/29/05                    /s/ James Ware
25                                    JAMES WARE
                                      United States District Judge

1  Copies to be served on:

2  MATTHEW A. LAMBERTI
   Assistant U.S. Attorney
3  280 South First Street, Suite 371
   San Jose, CA 95113
4
   LARA VINNARD
5  Assistant Federal Public Defender
   160 W. Santa Clara Street, Suite 575
6  San Jose, California 95113

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28